Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−20355−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bedina J. Williams
   dba BJ Houston Group
   2 Upson Circle
   Woodbury, NJ 08096

Social Security No.:
   xxx−xx−4749

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:           June 4, 2019
Time:           10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*85* – Certification in Opposition to Certification of Default (related document:84 Creditor's Certification of Default (related document:60 Motion for Relief from Stay re: 2307 Park N. Ave., Philadelphia, PA 19132. Fee Amount $ 181. filed by Creditor Seterus, Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America) filed by Robert P. Saltzman on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 05/16/2019. (Attachments: # 1 Exhibit Agreed Order # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper) filed by Thomas G. Egner on behalf of Bedina J. Williams. (Attachments: # 1 Certificate of Service) (Egner, Thomas)

and transact such other business as may properly come before the meeting.


Dated: May 14, 2019
JAN: lgr

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-20355-JNP
Bedina J. Williams                                                      Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1             Date Rcvd: May 14, 2019
                             Form ID: 173             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
db            +Bedina J. Williams,    2 Upson Circle,    Woodbury, NJ 08096-6859

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                              Signature:   /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
              Charles G. Wohlrab     on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Corinne Samler Brennan    on behalf of Creditor    Franklin Mint Federal Credit Union
               csamler@klehr.com
              Craig Scott Keiser    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
               craig.keiser@phelanhallinan.com
              Ellen M. McDowell    on behalf of Debtor Bedina J. Williams emcdowell@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;r62202@notify.bestcase.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jonathan C. Schwalb     on behalf of Creditor    BSI Financial Services
               bankruptcy@friedmanvartolo.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com
              Nicholas V. Rogers    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com
              Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov,
               Karena.Blaylock@phila.gov
              Robert  Davidow    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com
              Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
               laws of the United States of America dnj@pbslaw.org
              Sherri Jennifer Smith    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
               nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
              Thomas G. Egner    on behalf of Debtor Bedina J. Williams tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 15