| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Rebecca A. Solarz, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>Attorneys for Nationstar Mortgage LLC | |
| In Re:<br>Bedina J. Williams<br>dba BJ Houston Group<br><br>Debtor | Case No: <u>18-20355 JNP</u><br><br>Chapter: <u>13</u><br><br>Judge: Jerrold N. Poslusny Jr. |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Nationstar Mortgage LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 05/16/2019                **/s/ Rebecca A. Solarz, Esquire**
                                                Rebecca A. Solarz, Esquire
                                                **KML Law Group, P.C.**
                                                216 Haddon Avenue, Ste. 406
                                                Westmont, NJ 08108
                                                (609) 250-0700 (NJ)
                                                (215) 627-1322 (PA)
                                                FAX: (609) 385-2214
                                                Attorney for Movant/Applicant

*new 8/1/15*