Form 196 – ntcadminerror

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 18–20355–JNP
                        Chapter:  13
                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Bedina J. Williams
  dba BJ Houston Group
  2 Upson Circle
  Woodbury, NJ 08096

Social Security No.:
  xxx–xx–4749

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

    On 6/01/19 a NOTICE OF PROPOSED PRIVATE SALE was sent out by the Court which contained an administrative error.

    This notice hereby amends the notice to correct the following information:

Original incorrect information:
Hearing date if objection filed, July 2, 2019.

Corrected to state:
An Order Shortening Time was entered on 5/30/2019, shortening the hearing date on the Notice of Proposed Private Sale and Motion to Sell Real Property(2307 N. Park Ave., Philadelphia, PA) to June 11, 2019 at 10:00am. Objections may be presented orally at the hearing.

    The amendment of this notice does not affect deadlines that have been previously set.


Dated: June 3, 2019
JAN: mef

                                                                                 Jeanne Naughton
                                                                                 Clerk