| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Thomas G. Egner, Esquire**<br>**McDowell Law, PC**<br>**46 West Main Street**<br>**Maple Shade, NJ 08052**<br>**Phone 856-482-5544**<br>**Fax 856-482-5511**<br>**tegner@mcdowelllegal.com** | |
| In re:<br>　　**Bedina J. Williams** | Case No.: **18-20355**<br><br>Chapter: **13**<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: **JNP** |

# CERTIFICATION OF SERVICE

1. I, **Deborah Jamison**:

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for **Ellen M. McDowell**, who represents **the debtor** in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **May 31, 2019**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    - Order Shortening Time
    - Application for Shortened Time
    - Proposed Order
    - Notice of Motion to Sell Real Property
    - Certification in Support of Motion
    - Exhibit A - Contract of Sale
    - Proposed Order

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **May 31, 2019**　　　　　　　　　　　　　　**/s/ Deborah Jamison**
　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Bank Trust National Association<br>c/o BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX 75038 | Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  Overnight Mail<br>(as authorized by the court *) |
| **Wells Fargo Bank, NA**<br>**Default Document Processing**<br>**MAC#N9286-01Y**<br>**1000 Blue Gentian Road**<br>**Eagan, MN 55121-7700** | **Secured Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  Overnight Mail<br>(as authorized by the court *) |
| **Water Revenue Bureau**<br>**Attn: Pamela Elchert Thurmond**<br>**1401 JFK Blvd 5th Floor Room 5800**<br>**Philadelphia, PA 19102** | **Secured Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other _Overnight Mail__<br>(as authorized by the court *) |
| CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT BANKRUPTCY GROUP, MSB<br>1401 JOHN F. KENNEDY BLVD., 5TH FLOOR<br>PHILADELPHIA, PA 19102-1595 | Secured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  Overnight Mail<br>(as authorized by the court *) |
| Friedman Vartolo, LLP<br>85 Broad Street<br>Suite 501<br>New York, NY 10004 | Atty for BSI | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  Overnight Mail<br>(as authorized by the court *) |
| **Rebecca Ann Solarz**<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322 | Atty for Nationstar / Mr Cooper | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  Overnight Mail<br>(as authorized by the court *) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

rev. 8/1/15
Best Case Bankruptcy

| | | |
|---|---|---|
| **Seterus**<br>**PO Box 1047**<br>**Hartford, CT 06143** | **Secured Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  **Overnight Mail**<br>(as authorized by the court *) |
| **Charles G. Wohlrab**<br>Shapiro and DeNardo, LLC<br>14000 Commerce Parkway, Suite B<br>Ste B<br>Mount Laurel, NJ 08054 | Atty for Wells Fargo | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  **Overnight Mail**<br>(as authorized by the court *) |
| **Robert Saltzman**<br>**Pluese Becker Saltzman**<br>**20000 Horizon Way, Suite 900**<br>**Mt laurel, NJ 08054** | **Atty for Seterus** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  **Overnight Mail**<br>(as authorized by the court *) |
| **Isabel Balboa**<br>**Chapter 13 Standing Trustee**<br>**535 Route 38, Suite 580**<br>**Cherry Hill, NJ 08002** | **Trustee** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☑ Other  **Overnight Mail & Telephone**<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.