UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas G. Egner, Esq.
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511
tegner@mcdowelllegal.com

Order Filed on June 11, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Bedina Williams,

Debtor

| | |
|---|---|
| Case No.: | 18-20355 |
| Hearing Date: | |
| Chapter: | 13 |
| Judge: | JNP |

**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: June 11, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as _____2307 N Park Avenue, Philadelphia, PA 19132_____, (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Sam Shepherd, Century 21 Absolute Realty - Springfield |
| Amount to be paid: | $16,800 (to be split with Buyers Agent) |
| Services rendered: | List, promote, show property and assist with sale |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_____ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

*rev.8/1/15*

3

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 18-20355-JNP
Bedina J. Williams                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Jun 11, 2019
                          Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2019.
db              +Bedina J. Williams,    2 Upson Circle,    Woodbury, NJ 08096-6859

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2019 at the address(es) listed below:
      Charles G. Wohlrab    on behalf of Creditor   WELLS FARGO BANK, N.A. cwohlrab@logs.com, njbankruptcynotifications@logs.com
      Corinne Samler Brennan    on behalf of Creditor   Franklin Mint Federal Credit Union csamler@klehr.com
      Craig Scott Keiser    on behalf of Creditor   SPECIALIZED LOAN SERVICING LLC craig.keiser@phelanhallinan.com
      Ellen M. McDowell    on behalf of Debtor Bedina J. Williams emcdowell@mcdowelllegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;r62202@notify.bestcase.com
      Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
      Jonathan C. Schwalb    on behalf of Creditor   BSI Financial Services bankruptcy@friedmanvartolo.com
      Melissa N. Licker    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com
      Nicholas V. Rogers    on behalf of Creditor   SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com
      Pamela Elchert Thurmond    on behalf of Creditor   City of Philadelphia Pamela.Thurmond@phila.gov, Karena.Blaylock@phila.gov
      Phillip Andrew Raymond    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com
      Rebecca Ann Solarz    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com
      Robert  Davidow    on behalf of Creditor   SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com
      Robert P. Saltzman    on behalf of Creditor   Seterus, Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org
      Robert P. Saltzman    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper dnj@pbslaw.org
      Sherri Jennifer Smith    on behalf of Creditor   SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
      Thomas G. Egner    on behalf of Debtor Bedina J. Williams tegner@mcdowelllegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 17