# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
### CAMDEN

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

---------------------------------------------------------------X
| | |
|---|---|
| **In re:** | : Chapter 13 |
| | : |
| **Bedina Williams,** | : Case No. 18-20355 |
| | : |
| | : Judge: JNP |
| **Debtors** | : |

---------------------------------------------------------------X

## WITHDRAWAL OF DOCUMENT NO. 85 CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION FILED ON May 14, 2019

I, **Thomas G. Egner, Esq.,** counsel to Debtor(s), **Bedina Williams,** hereby withdraw document no. **85**, Chapter 13 Debtor's Certification In Opposition filed **5/14/2019** in the above referenced matter.

McDowell Law, PC

Dated: July 16, 2019

*By:/s/***Thomas G. Egner**
**Thomas G. Egner,** Esq.
Attorney for the Debtor(s)