UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

ROB SALTZMAN, ESQUIRE
PLUESE, BECKER & SALTZMAN, LLC
Attorneys at Law
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054
(856) 813-1700

Order Filed on July 16, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Bedina J. Williams
dba BJ Houston Group

Case No.: 18-20355-JNP

Hearing Date: _____

Judge: Jerrold N. Poslusny, Jr.

Chapter: 13

| Recommended Local Form | [X] Followed | [ ] Modified |
|---|---|---|

**ORDER VACATING STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 16, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of  Federal National Mortgage Association ("Fannie Mae") , under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒  Real property more fully described as:

: 2307 Park N. Ave., Philadelphia, PA 19132

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.   Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐  Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/18*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-20355-JNP
Bedina J. Williams                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1              Date Rcvd: Jul 16, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2019.
db             +Bedina J. Williams,    2 Upson Circle,    Woodbury, NJ 08096-6859

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                   Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2019 at the address(es) listed below:
       Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com, njbankruptcynotifications@logs.com
       Corinne Samler Brennan    on behalf of Creditor    Franklin Mint Federal Credit Union csamler@klehr.com
       Craig Scott Keiser    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC craig.keiser@law.njoag.gov
       Ellen M. McDowell    on behalf of Debtor Bedina J. Williams emcdowell@mcdowelllegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;r62202@notify.bestcase.com
       Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
       Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services bankruptcy@friedmanvartolo.com
       Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com
       Nicholas V. Rogers    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com
       Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov, Karena.Blaylock@phila.gov
       Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com
       Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com
       Robert  Davidow    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com
       Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org
       Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper dnj@pbslaw.org
       Sherri Jennifer Smith    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
       Thomas G. Egner    on behalf of Debtor Bedina J. Williams tegner@mcdowelllegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 17