## UNITES STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

Thomas G. Egner, Esq.
**McDowell Law, PC.**
46 West Main Street
Maple Shade, NJ 08052
Phone: 856-482-5544 / Fax: 856-482-5511
Email: tegner@mcdowelllegal.com
*Attorney for Debtors*

| | |
|---|---|
| In re: | Chapter 13 |
| Bedina J. Williams, | Case No. 18-20355-JNP |
| Debtor. | Judge: Poslusny |

## WITHDRAWAL OF DOCUMENT NO. 112
## APPLICATION FOR COMPENSATION FILED ON AUGUST 1, 2019

I, Thomas G. Egner, Esq., counsel to Debtor Bedina J. Williams, hereby withdraw

Document No. 112, Application for Compensation, filed August 1, 2019 in the above referenced

matter.

Dated: August 5, 2019                    By: /s/ *Thomas G. Egner*
                                         Thomas G. Egner, Esq.
                                         McDowell Law, PC
                                         46 West Main Street
                                         Maple Shade, NJ 08052
                                         856-482-5544