Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  18−20355−JNP
                        Chapter:  13
                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Bedina J. Williams
    dba BJ Houston Group
    2 Upson Circle
    Woodbury, NJ 08096

Social Security No.:
    xxx−xx−4749

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       9/5/19
Time:      02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Thomas G. Egner, Debtor's Attorney,

COMMISSION OR FEES
Fee: $1,900.00

EXPENSES
$290.16

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 6, 2019
JAN:

                                                                                        Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-20355-JNP
Bedina J. Williams                                                       Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3              Date Rcvd: Aug 06, 2019
                              Form ID: 137             Total Noticed: 82

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2019.
```
db             +Bedina J. Williams,    2 Upson Circle,    Woodbury, NJ 08096-6859
cr             +BSI Financial Services,    Friedman Vartolo, LLP,    85 Broad Street,    Suite 501,
                 New York, NY 10004-1734
cr             +SPECIALIZED LOAN SERVICING LLC,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,
                 Suite 1400,    Philadelphia, PA 19103-1814
cr             +SPECIALIZED LOAN SERVICING LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                 Suite 100,    Mt. Laurel, Nj 08054-3437
r              +Sam Shepherd,    Century 21 Absolute Realty,    512 W. Baltimore St.,
                 Springfield, PA 19064-3520
cr             +Seterus, Inc., authorized subservicer for Federal,    P.O. Box 1047,    Hartford, CT 06143-1047
517798323      +AR Resources Inc.,    1777 Sentry Pkway W. Blue,    Blue Bell, PA 19422-2206
517546088      +Aargon Agency,    Attn: Bankruptcy Department,    8668 Spring Mountain Rd,
                 Las Vegas, NV 89117-4132
517546089      +Absolute Landscaping Inc.,    154 Pointers Auburn Rd.,    Pedricktown, NJ 08067-3020
517798321      +Advocare Gloucester County Pediatrics,    PO Box 3001,    Voorhees, NJ 08043-0598
517798322       Akron Billing Center,    3585 Ridge Park Drive,    Akron, OH 44333-8203
517546092      +Associa Mid-Atlantic,    c/o Locust Grove CFA,    14000 Horizon Way,    Suite 200,
                 Mount Laurel, NJ 08054-4342
517798324      +Axis Diagnostics, Inc.,    900 Town Center Drive, Suite H50,    Langhorne, PA 19047-3208
517546093      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
517669575      +Bay Area Credit Service,    POP Box 467600,    Atlanta, GA 31146-7600
517798325       City of Philadelphia Pioneer,    Lockbox #1687,    PO Box 8500,    Philadelphia, PA 19178-1687
517546095      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
517546096      +Experian,    PO Box 4500,    Allen, TX 75013-1311
517546098      +I C System Inc,    444 Highway 96 East,    P.O. Box 64378,    St. Paul, MN 55164-0378
517798330      +IC System, Inc.,    444 Highway 96 East,    Saint Paul, MN 55127-2557
517546099      +Ikea Muray,    2307 North Park Ave,    2nd Floor,    Philadelphia, PA 19132-4512
517798331       Inspira Medical Center Woodbury,    503 N Broad Street,    Woodbury, NJ 08096-1697
517798334       Jefferson Capital Systems, LLC,    12 McLeland Road,    Saint Cloud, MN 56303
517546101      +Jeffrey & Aniza Criss,    26 Buirfield Court,    Blackwood, NJ 08012-5440
517798335      +Kennedy University Hospital,    500 Marlboro Ave,    Cherry Hill, NJ 08002-2054
517664721      +Law Offices of Andrew Rochester, LLC,    1874 Route 70 East Suite 4,
                 Cherry Hill, NJ 08003-2038
517798336      +Lawn Doctor of Stratford-Turnersville,    PO Box 417,    Mullica Hill, NJ 08062-0417
517546102      +Links II at Valleybrook,    Re/Max Connection - Turnersville,    5100 Route 42,    Suites 3& 4,
                 Blackwood, NJ 08012-1749
517798337       Medical Diagnostic Laboratories, LLC,    2439 Kuser Road,    Trenton, NJ 08690-3303
517798341       NJ E-ZPass,    Violations Processing Center,    PO Box 4971,    Trenton, NJ 08650-4971
518298173      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O Box 619096,    Dallas, TX 75261-9096
518298174      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O Box 619096,    Dallas, TX 75261-9741,
                 Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O Box 619096,    Dallas, TX 75261-9096
518188099      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Melissa Licker,
                 McCalla Raymer Leibert Pierce, LLC,    485F US Highway 1 S, Suite 300,    Iselin, NJ 08830-3072
518254026      +Nationstar Mortgage LLC.,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517546103      +Nona L. Ostrove LLC,    1000 White Horse Rd.,    Suite 703,    Voorhees, NJ 08043-4413
517546105     ++PHOENIX FINANCIAL SERVICES LLC,    PO BOX 361450,    INDIANAPOLIS IN 46236-1450
               (address filed with court: Phoenix Financial Services. Llc,    Po Box 361450,
                 Indianapolis, IN 46236)
517798344       Penn Medicine,    PO Box 824406,    Philadelphia, PA 19182-4406
517798345       Peter T. Kousoulis, DMD, PC,    All Smiles Dental Implant Center,    501 South Fourth Street,
                 Philadelphia, PA 19147-1506
517546104      +Phelan Hallinan Diamond & Jones,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
517798346      +Pioneer Credit Recovery,    26 Edward Street,    Arcade, NY 14009-1012
517832839      +Puff & Cockerill LLC,    122 Delaware Street,    P.O. Box 684,    Woodbury, NJ 08096-7684
517798347      +Puff & Cockrill, LLC,    122 Delware Street,    PO Box 684,    Woodbury, NJ 08096-7684
517546106      +Randolph Smith,    2307 North Park Ave.,    st Floor,    Philadelphia, PA 19132-4512
517663749     ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: SETERUS, INC.,    P.O. BOX 1047,    HARTFORD, CT 06143)
517546107     #+Seterus, Inc.,    Attn: Bankruptcy,    Po Box 1077,    Hartford, CT 06143-1077
517546108      +Shivers Gosnay & Greatrex LLC,    1415 Route 70 East,    Suite 309,    Cherry Hill, NJ 08034-2210
517610252      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517546109       Specialized Loan Servicing LLC,    8742 Lucent Blvd.,    Suite 300,
                 Highlands Ranch, CO 80129-2386
517546110      +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
517798351       Tolls By Mail NY,    PO Box 15183,    Albany, NY 12212-5183
517546113       Township of Gloucester,    Attn: Tax Office,    1261 Chews Landing Rd.,    Blackwood, NJ 08012
517546114      +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
518134020      +U.S. Bank Trust National Association,    c/o BSI Financial Services,
                 1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
```

```
District/off: 0312-1           User: admin              Page 2 of 3                   Date Rcvd: Aug 06, 2019
                               Form ID: 137             Total Noticed: 82


518134021      +U.S. Bank Trust National Association,   c/o BSI Financial Services,
                 1425 Greenway Drive, Ste 400,   Irving, TX 75038,    U.S. Bank Trust National Association,
                 c/o BSI Financial Services 75038-2480
518142423      +US Bank Trust National Association,   Michelle R. Ghidotti-Gonsalves,   GHIDOTTI BERGER, LLP,
                 1920 Old Tustin Ave.,   Santa Ana, CA 92705-7811
517546115     ++WELLS FARGO BANK NA,   1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
               (address filed with court: Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                 Greenville, SC 29606)
517597206       Wells Fargo Bank, N.A.,    1000 Blue Gentian Road N9286-01Y,    Eagan, MN 55121-7700
517593202       Wells Fargo Bank, N.A.,    Default Document Processing N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
517546116      +Wells Fargo Home Mor,   1100 Corporate Center Dr,    Raleigh, NC 27607-5066
517546117       Wells Fargo Home Mortgage,   Attn: Bankruptcy,   Mac X7801-014    3476 Stateview Blvd,
                 Fort Mill, SC 29715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 07 2019 00:00:08      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 07 2019 00:00:03      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             E-mail/Text: megan.harper@phila.gov Aug 07 2019 00:00:26      City of Philadelphia,
                 c/o Pamela Elchert Thurmond,   1401 John F. Kennedy Blvd., Room 580,
                 Municipal Services Building,   Philadelphia, PA 19102
517546090     +E-mail/Text: broman@amhfcu.org Aug 07 2019 00:00:12      American Heritage Federal Credit Union,
                 Attn: Bankruptcy Dept.,   2060 Red Lion Road,   Philadelphia, PA 19115-1699
517546091     +E-mail/Text: bky@americanprofit.net Aug 07 2019 00:00:23      American Profit Recovery,
                 Attn: Bankruptcy,   34505 W 12 Mile Road #333,   Farmington Hills, MI 48331-3288
517621403     +E-mail/Text: megan.harper@phila.gov Aug 07 2019 00:00:25
                 CITY OF PHILADELPHIA, LAW DEPARTMENT   TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
517798326     +E-mail/Text: bankruptcy@philapark.org Aug 07 2019 00:00:40      City of Philaelphia,
                 Parking Violations Branch,   PO box 41819,   Philadelphia, PA 19101-1819
517546094     +E-mail/Text: megan.harper@phila.gov Aug 07 2019 00:00:26      City of Phladelphia,
                 Municipal Services Building,   1401 JFK Blvd.,   Philadelphia, PA 19102-1617
517664719     +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 07 2019 00:00:40
                 Credit Collection Services,   Attn: Bankruptcy,   725 Canton St.,   Norwood, MA 02062-2679
517664720     +E-mail/Text: bankruptcy@ersinc.com Aug 07 2019 00:00:27      Enterprise Recovery Systems, Inc.,
                 2000 York Road, Suite 114,   Oak Brook, IL 60523-8863
517546097      E-mail/Text: creditsolutiongroup@fmfcu.org Aug 06 2019 23:58:57      Franklin Mint Fcu Il,
                 5 Hillman Dr Ste 100,   Chadds Ford, PA 19317
517546100     +E-mail/Text: cio.bncmail@irs.gov Aug 06 2019 23:59:28      Internal Revenue Service,
                 Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
517798338      E-mail/Text: mmrgbk@miramedrg.com Aug 07 2019 00:00:09      MiraMed Revenue Group, LLC,
                 991 Oak Creek Drive,   Lombard, IL 60148-6408
517798340      E-mail/Text: bankruptcydepartment@tsico.com Aug 07 2019 00:00:35
                 NCO Financial Systems, Inc.,   20 East Clementon Road #102 North,   Gibbsboro, NJ 08026
517664723      E-mail/Text: bankruptcy@ptlpro.com Aug 06 2019 23:59:07
                 Perfect Touch Landscping and Irrigation,   PO Box 564,   Thorofare, NJ 08086
517546105      E-mail/Text: info@phoenixfinancialsvcs.com Aug 06 2019 23:59:12
                 Phoenix Financial Services. Llc,   Po Box 361450,   Indianapolis, IN 46236
517798348     +E-mail/Text: bkrpt@retrievalmasters.com Aug 07 2019 00:00:03
                 Retrieval Masters Creditors Bureau, Inc,   4 Westchester Plaza Suite 110,
                 Elmsford, NY 10523-1616
517547460     +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2019 00:01:46      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517546111     +E-mail/PDF: gecsedi@recoverycorp.com Aug 07 2019 00:01:16      Synchrony Bank/Lowes,
                 Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
518014266     +E-mail/Text: megan.harper@phila.gov Aug 07 2019 00:00:26      The City of Philadelphia,
                 Pamela Elchert Thurmond,   1401 JFK Blvd., 5th Floor,   Philadelphia, PA 19102-1617
517546112     +E-mail/Text: mdetitto@deptford-nj.org Aug 07 2019 00:00:24      Township of Deptford,
                 Attn: Tax Office,   1011 Cooper Street,   Deptford, NJ 08096-3076
517798352     +E-mail/Text: bankruptcydepartment@tsico.com Aug 07 2019 00:00:36      Transworld Systems Inc,
                 507 Prudential Rd,   Horsham, PA 19044-2308
517655833     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 07 2019 00:01:30      Verizon,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*           +Specialized Loan Servicing,   8742 Lucent Blvd.,   Suite 300,   Highlands Ranch, CO 80129-2386
517798327*    +City of Philadelphia,   Parking Violations Branch,   PO box 41819,   Philadelphia, PA 19101-1819
517798328*    +Credit Collection Services,   Attn: Bankruptcy,   725 Canton St.,   Norwood, MA 02062-2679
517798329*    +I C System Inc,   444 Highway 96 East,   P.O. Box 64378,   St. Paul, MN 55164-0378
517798332*     Inspira Medical Center Woodbury,   503 N Broad Street,   Woodbury, NJ 08096-1697
517798333*     Inspira Medical Center Woodbury,   503 N Broad Street,   Woodbury, NJ 08096-1697
517798339*     MiraMed Revenue Group, LLC,   991 Oak Creek Drive,   Lombard, IL 60148-6408
517798342*     NJ E-ZPass,   Violations Processing Center,   PO Box 4971,   Trenton, NJ 08650-4971
517798349*    +Retrieval Masters Creditors Bureau, Inc,   4 Westchester Plaza Suite 110,
                 Elmsford, NY 10523-1616
```

```
District/off: 0312-1              User: admin              Page 3 of 3              Date Rcvd: Aug 06, 2019
                                  Form ID: 137             Total Noticed: 82

              ***** BYPASSED RECIPIENTS (continued) *****
517798350*        Specialized Loan Servicing LLC,   8742 Lucent Blvd.,   Suite 300,
                   Highlands Ranch, CO 80129-2386
517798320       ##+Advanced Orthopaedic Centers,   PO Box 4337,   Lancaster, PA 17604-4337
517664722       ##+NCCI,   14 Orchard Road Suite 200,   Lake Forest, CA 92630-8313
517798343       ##Penn Credit Corp.,   PO Box 988,   Harrisburg, PA 17108-0988
                                                                                  TOTALS: 0, * 10, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2019 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Corinne Samler Brennan    on behalf of Creditor    Franklin Mint Federal Credit Union
               csamler@klehr.com
              Craig Scott Keiser    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
               craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Ellen M. McDowell    on behalf of Debtor Bedina J. Williams emcdowell@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;r62202@notify.bestcase.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services
               bankruptcy@friedmanvartolo.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com
              Nicholas V. Rogers    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com
              Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov,
               Karena.Blaylock@phila.gov
              Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              Robert  Davidow    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal
                National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
                laws of the United States of America dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dnj@pbslaw.org
              Sherri Jennifer Smith    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
               nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
              Thomas G. Egner    on behalf of Debtor Bedina J. Williams tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 18
```