**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
CAMDEN

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

-------------------------------------------------------------X
In re:                                              :    **Chapter 13**
                                                    :
**Bedina Williams,**                                :    Case No. 18-20355
                                                    :
                                                    :
                                                    :    **Judge: JNP**
                        **Debtors**                 :
-------------------------------------------------------------X

**WITHDRAWAL OF DOCUMENT NO. 108 MOTION TO SELL FILED ON July 30, 2019**

I, **Thomas G. Egner, Esq.,** counsel to Debtor(s), **Bedina Williams,** hereby withdraw document no. **108**, Motion To Sell filed **7/30/19** in the above referenced matter.

McDowell Law, PC

Dated: August 30, 2019       *By:/s/***Thomas G. Egner**
                             **Thomas G. Egner,** Esq.
                             Attorney for the Debtor(s)