**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN**

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

---------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Bedina Williams,** | : | Case No. 18-20355 |
| | : | |
| | : | Judge: JNP |
| **Debtor(s).** | : | |

---------------------------------------------------------------X

**CERTIFICATION OF ATTORNEY DEBTOR**

I, **Thomas Egner** of full age certifies as follows:

1. I am the attorney for the debtor in the above referenced bankruptcy.
2. I filed an Application for Compensation on August 5, 2019.
3. I seek compensation for a Motion to Sell (docket 89) with a hearing date of 6/18/2019 and a Motion to Sell (docket 108) with a hearing date 9/3/2019. The Motion to Sell with a hearing date of 6/18/2019 required an Application for Shortened Time (docket 91) to 6/11/2019.
4. I also seek compensation for an opposition to Creditor's Certification of Default (docket 85) with a hearing date of 7/16/2019.

I certify under the penalties of perjury that the factual allegations contained in the foregoing certification are true and correct to the best of my information and belief.

Dated: September 5, 2019                                     /s/ Thomas G. Egner
                                                             Thomas G. Egner