UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Thomas G. Egner, Esq.
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511
tegner@mcdowelllegal.com

**Order Filed on November 26, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

Bedina Williams,

Debtor

| | |
|---|---|
| Case No.: | 18-20355 |
| Hearing Date: | 11/26/2019 |
| Chapter: | 13 |
| Judge: | JNP |

**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

Recommended Local Form:    ☒  Followed        ☐  Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: November 26, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as _____2307 N Park Avenue, Philadelphia, PA 19132_____, (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Sam Shepherd, Century 21 Absolute Realty - Springfield |
| Amount to be paid: | $15,300 (as Dual Agent) |
| Services rendered: | List, promote, show property and assist with sale |

**OR**:  ☐   Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_____ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Bedina J. Williams  
    Debtor

Case No. 18-20355-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 27, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2019.  
db          +Bedina J. Williams,    2 Upson Circle,    Woodbury, NJ 08096-6859

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2019 at the address(es) listed below:

         Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com, njbankruptcynotifications@logs.com  
         Corinne Samler Brennan    on behalf of Creditor    Franklin Mint Federal Credit Union csamler@klehr.com  
         Craig Scott Keiser    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC craig.keiser@law.njoag.gov  
         Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Ellen M. McDowell    on behalf of Debtor Bedina J. Williams emcdowell@mcdowelllegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;r62202@notify.bestcase.com  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services bankruptcy@friedmanvartolo.com  
         Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com  
         Nicholas V. Rogers    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com  
         Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov, Karena.Blaylock@phila.gov  
         Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com  
         Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com  
         Robert Davidow    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com  
         Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org  
         Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper dnj@pbslaw.org  
         Sherri Jennifer Smith    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
         Thomas G. Egner    on behalf of Debtor Bedina J. Williams tegner@mcdowelllegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                              TOTAL: 18