| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>810665<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for SPECIALIZED LOAN SERVICING  LLC | |
| In Re:<br><br>BEDINA J. WILLIAMS D/B/A BJ HOUSTON GROUP | Case No:  18-20355 - JNP<br><br>Judge:  JERROLD N. POSLUSNY JR.<br><br>Chapter:  13 |

### NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that <u>Andrew Spivack</u>, Esquire will be substituted for as attorney of record for secured creditor SPECIALIZED LOAN SERVICING  LLC in this case.[1]

| | |
|---|---|
| *Date:*          ***December 3, 2019*** | */s/ Nicholas V. Rogers*<br>*Nicholas V. Rogers, Esq.*<br>*Withdrawing Attorney* |
| *Date:*          ***December 3, 2019*** | */s/ Andrew L. Spivack*<br>*Andrew L. Spivack, Esq.*<br>*Superseding Attorney*<br>*Phelan Hallinan & Diamond, PC*<br>*1617 JFK Boulevard, Suite 1400*<br>*Philadelphia, PA 19103*<br>*Tel: 856-813-5500 Ext. 1566*<br>*Fax: 856-813-5501*<br>*Email:*<br>*andrew.spivack@phelanhallinan.com* |

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

810665
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for SPECIALIZED LOAN SERVICING LLC

In Re:

Bedina J. Williams D/b/a Bj Houston Group

Case No: 18-20355 - JNP

Judge: JERROLD N. POSLUSNY JR.

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Jason Seidman:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents SPECIALIZED LOAN SERVICING LLC in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On December 3, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Substitution of Attorney

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  December 3, 2019        /s/ *Jason Seidman*
                                    Jason Seidman

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bedina J. Williams<br>2 Upson Circle, Deptford, NJ 08096-6859 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Ellen McDowell, Esquire<br>46 W. Main Street<br>Maple Shade, NJ 08052 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Isabel C. Balboa, Trustee<br>Cherry Tree Corporate Cen<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

2