UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN

Order Filed on February 25, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Thomas G. Egner, Esq.**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

-----------------------------------------------------------X
In re:                                                    :    Chapter 13
                                                          :
**Bedina Williams,**                                      :    Case No. 18-20355
                                                          :
                                                          :    Hearing Date: February 25, 2020 at 10:00 A.M.
                                                          :
                                                          :    Judge: Honorable Jerrold N Poslusny
                              Debtor(s).                  :
-----------------------------------------------------------X

### ORDER AUTHORIZING DEBTOR TO APPLY TO THE U.S.B.C. LOSS MITIGATION PROGRAM OUTSIDE OF THE PRESCRIBED TIME PERIOD

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: February 25, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtors:  Bedina Williams
Case No.:  18-20355
Caption:  Order Authorizing Debtor to Apply to the Loss Mitigation Program Out of Prescribed Time Period
Page 2 of 2

**THIS MATTER** having been opened to the Court by Thomas G. Egner, Esquire, attorney for the debtor(s) herein, and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof it is hereby;

**ORDERED** that the Debtor is hereby authorized to apply to the U.S.B.C. Loss Mitigation Program outside the prescribed time period for the property commonly known as: **2 Upson Circle, Deptford, NJ 08096**.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-20355-JNP
Bedina J. Williams                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Feb 25, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2020.
db             +Bedina J. Williams,    2 Upson Circle,    Woodbury, NJ 08096-6859

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Corinne Samler Brennan    on behalf of Creditor    Franklin Mint Federal Credit Union
               csamler@klehr.com
              Craig Scott Keiser    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
               craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Ellen M. McDowell    on behalf of Debtor Bedina J. Williams emcdowell@mcdowelllegal.com,
               tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;r62202@notify.bestcase.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services
               bankruptcy@friedmanvartolo.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               NJ_ECF_Notices@mccalla.com
              Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov,
               Karena.Blaylock@phila.gov
              Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               phillip.raymond@mccalla.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              Robert  Davidow    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
               laws of the United States of America dnj@pbslaw.org
              Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dnj@pbslaw.org
              Sherri Jennifer Smith    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
               nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
              Thomas G. Egner    on behalf of Debtor Bedina J. Williams tegner@mcdowelllegal.com,
               tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 18