<table>
<tr><td>

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Friedman Vartolo LLP
85 Broad Street- Suite 501
New York, New York 10004
bankruptcy@friedmanvartolo.com
T: (212) 471-5100
F: (212) 471-5150
Attorneys for Secured Creditor BSI Financial Services
as Servicer for U.S. Bank Trust National Association,
as Trustee of the Lodge Series III Trust

</td></tr>
<tr><td>

In Re:

Bedina J. Williams
dba BJ Houston Group

Debtor(s)

</td></tr>
</table>

Order Filed on March 10, 2020
by Clerk
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: 18-20355

Chapter: 13

Hearing Date:
February 11, 2020 at 10:00 AM

Hon. Judge:
Jerrold N. Poslusny Jr.

## ORDER RESOLVING MOTION TO VACATE STAY

The order set forth on the following pages, numbered two (2) through three (3), is hereby
**ORDERED**.

**DATED: March 10, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | BSI Financial Services |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Thomas G. Egner |
| Property (Collateral): | 2 Upson Circle, Deptford, NJ 08096 |

Relief Sought:

- Relief from Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of Post-Petition Arrearages:

- The Debtor is overdue for **21** months, from **June 1, 2018** to **February 1, 2020**.

- The Debtor is overdue for **14** payments at **$2,074.43** per month.

- The Debtor is overdue for **7** payments at **$2,114.37** per month.

- Less fund held in debtor(s) suspense at **$1,500.00**.

> Total Arrearages Due: **$42,342.61**

2. Cure for Post-Petition Arrearages:

- Immediate lump sum payment shall be made in the amount of **$32,000.00**.

- Beginning on **March 1, 2020**, additional monthly cure payments shall be made in the amount of **$1,723.77** for **6** months.

- Beginning on **March 1, 2020**, regular monthly payments shall resume in the amount of **$2,114.37**, or as further defined by the terms of the Note, Mortgage, or any payment change notices.

3. Additional Conditions:

- Secured Creditor will not object to Debtor's request to be reviewed for loss mitigation, provided that Debtor submits a completed loan modification application.

- Debtor consents to allow the Trustee to disburse all monies owed to Secured Creditor in the Trustee's possession.

4. Payments to the Secured Creditor shall be made to the following address:

- Payments:                BSI Financial Services
                           314 S. Franklin Street
                           P.O. Box 517
                           Titusville, PA 16354

In the event of default:

      If the Debtor(s) fails to make the immediate payment specified above, or fails to make the regular monthly payments, or fails to make the additional monthly cure payments within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtor(s)'s failure to comply with this Order. At the time the Certification is filed with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and the Debtor(s)'s Attorney.

5. Award of Attorney's Fees:

- The Applicant is awarded Attorney's Fees in the amount of **$350.00** and Attorney's Costs in the amount of **$181.00**. The fees and costs are payable through the Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-20355-JNP
Bedina J. Williams                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Mar 10, 2020
                              Form ID: pdf903          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2020.
db            +Bedina J. Williams,   2 Upson Circle,   Woodbury, NJ 08096-6859


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                    TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2020 at the address(es) listed below:
          Andrew L. Spivack    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com
          Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
           njbankruptcynotifications@logs.com
          Corinne Samler Brennan    on behalf of Creditor    Franklin Mint Federal Credit Union
           csamler@klehr.com
          Craig Scott Keiser    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
           craig.keiser@law.njoag.gov
          Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Ellen M. McDowell    on behalf of Debtor Bedina J. Williams emcdowell@mcdowelllegal.com,
           tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowellle
           gal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;r62202@notify.bestcase.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Jonathan C. Schwalb    on behalf of Creditor    BSI Financial Services
           bankruptcy@friedmanvartolo.com
          Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           NJ_ECF_Notices@mccalla.com
          Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov,
           Karena.Blaylock@phila.gov
          Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           phillip.raymond@mccalla.com
          Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           rsolarz@kmllawgroup.com
          Robert Davidow    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com
          Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal
           National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
           laws of the United States of America dnj@pbslaw.org
          Robert P. Saltzman    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           dnj@pbslaw.org
          Sherri Jennifer Smith    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
           nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com
          Thomas G. Egner    on behalf of Debtor Bedina J. Williams tegner@mcdowelllegal.com,
           tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowellle
           gal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 18