Form: ICB-19001-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-2(c)**

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977

Order Filed on May 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Bedina J. Williams

Debtor(s)

Case No.: 18-20355 (JNP)

Hearing Date: 05/06/2020

Judge:    Jerrold N. Poslusny Jr.

## ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.

**DATED: May 7, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2 of 3
Debtor: Bedina J. Williams
Case No.: 18-20355 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The modified plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with, particularly 11 USC § 1329; and for good cause show, it is

**ORDERED** that the modified plan of the above named debtor, dated 12/30/2019, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of $650.00 **for a period of 36 months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together with $59,568.06 paid to date.

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

Page 3 of 3
Debtor: Bedina J. Williams
Case No.: 18-20355 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** as follows:

Pursuant to debtor's Chapter 13 Plan as last amended, the secured claim of Wells Fargo Bank will be paid outside of the Chapter 13 Plan pursuant to a loan modification agreement. The Standing Trustee shall make no payments to Wells Fargo Bank on account of pre-petition arrears set forth in the proof of claim dated September 19, 2018. Pursuant to debtor's Chapter 13 Plan as last amended, the secured claim of BSI Financial will be paid outside of the Chapter 13 Plan pursuant to a loan modification agreement. The Standing Trustee shall make no payments (with the exception of a $25,348.83 payment to be distributed from funds on hand) to BSI Financial on account of pre-petition arrears set forth in the proof of claim dated June 25, 2018. Total plan length of 60 months.

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                        Case No. 18-20355-JNP
Bedina J. Williams                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin            Page 1 of 1          Date Rcvd: May 07, 2020
                          Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2020.
db             +Bedina J. Williams,    2 Upson Circle,    Woodbury, NJ 08096-6859

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2020 at the address(es) listed below:
        Andrew L. Spivack     on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com
        Corinne Samler Brennan    on behalf of Creditor    Franklin Mint Federal Credit Union
         csamler@klehr.com
        Craig Scott Keiser     on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
         craig.keiser@law.njoag.gov
        Denise E. Carlon     on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Elizabeth L. Wassall     on behalf of Creditor    WELLS FARGO BANK, N.A. ewassall@logs.com,
         njbankruptcynotifications@logs.com
        Ellen M. McDowell     on behalf of Debtor Bedina J. Williams emcdowell@mcdowelllegal.com,
         tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;r62202@notify.bestcase.com
        Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Jonathan C. Schwalb     on behalf of Creditor    BSI Financial Services
         bankruptcy@friedmanvartolo.com
        Melissa N. Licker     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         NJ_ECF_Notices@mccalla.com,    mccallaecf@ecf.courtdrive.com
        Pamela Elchert Thurmond     on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov,
         Karena.Blaylock@phila.gov
        Phillip Andrew Raymond     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         phillip.raymond@mccalla.com,    mccallaecf@ecf.courtdrive.com
        Rebecca Ann Solarz     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         rsolarz@kmllawgroup.com
        Robert Davidow     on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC nj.bkecf@fedphe.com
        Robert P. Saltzman     on behalf of Creditor    Seterus, Inc., authorized subservicer for Federal
         National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the
         laws of the United States of America dnj@pbslaw.org
        Robert P. Saltzman     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
         dnj@pbslaw.org
        Sherri Jennifer Smith     on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
         nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
        Thomas G. Egner     on behalf of Debtor Bedina J. Williams tegner@mcdowelllegal.com,
         tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                     TOTAL: 18