**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey (Camden)**

| | |
|---|---|
| IN RE: | Case No.: 18-20355 |
| Debtors: Bedina J. Williams | Loan Number (Last 4): 7725 |

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Towd Point Mortgage Trust 2020-2, U.S. Bank National Association, as Indenture Trustee</u> | <u>Wells Fargo Bank, N.A.</u> |
| <u>Serviced by Select Portfolio Servicing, Inc.</u> | <u>Default Document Processing N9286-01Y</u> |
| Name of Transferee | Name of Transferor |
| PO Box 65250 | Court Claim # (if known): <u>2</u> |
| Salt Lake City, UT 84165 | Amount of Claim: <u>$43,428.22</u> |
| | Date Claim Filed: <u>06/15/2018</u> |
| Phone: <u>1-800-258-8602</u> | Last Four Digits of Acct #: <u>4935</u> |
| Last Four Digits of Acct #: <u>7725</u> | |

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone: <u>1-800-258-8602</u>

Last Four Digits of Acct #: <u>7725</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | | |
|---|---|---|
| By: | /s/ John Shelley | Date: 06/24/2020 |
| | InfoEx, LLC, as authorized filing agent | |
| | (Approved by: Callie Nelson) | |

Specific Contact Information:
Callie Nelson - BK Specialist
Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

489790-b2942e17-c37c-45f0-9eda-0fe66018b220