Printed on: 12/31/2020
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020
**Case Number: 18-20355 (JNP)**

Bedina J. Williams
2 Upson Circle
Woodbury, NJ  08096

Monthly Payment: $150.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/16/2020 | $53,991.06 | 08/14/2020 | $150.00 | 09/30/2020 | $150.00 | 10/06/2020 | $150.00 |
| 11/18/2020 | $150.00 | 12/14/2020 | $150.00 | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | BEDINA J. WILLIAMS | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $3,000.00 | $3,000.00 | $0.00 | $1,242.74 |
| 0 | MC DOWELL LAW, PC | 13 | $1,100.00 | $1,100.00 | $0.00 | $455.66 |
| 0 | MC DOWELL LAW, PC | 13 | $1,694.27 | $1,694.27 | $0.00 | $896.96 |
| 0 | MC DOWELL LAW, PC | 13 | $2,190.16 | $2,190.16 | $0.00 | $444.42 |
| 0 | MC DOWELL LAW, PC | 13 | $1,200.00 | $1,200.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $2,107.50 | $414.00 | $1,693.50 | $0.00 |
| 1 | AARGON AGENCY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ABSOLUTE LANDSCAPING INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | AMERICAN HERITAGE F.C.U. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | AMERICAN PROFIT RECOVERY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ASSOCIA MID-ATLANTIC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | BANK OF AMERICA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | WATER REVENUE BUREAU | 24 | $1,650.95 | $1,650.95 | $0.00 | $0.00 |
| 8 | EQUIFAX CREDIT INFORMATION SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | EXPERIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | FRANKLIN MINT F.C.U. | 33 | $10,498.13 | $10,498.13 | $0.00 | $0.00 |
| 11 | IC SYSTEM, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | IKEA MURAY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | JEFFREY & ANIZA CRISS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | LINKS II AT VALLEYBROOK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | NONA L. OSTROVE, ESQUIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | PHELAN, HALLINAN, DIAMOND & JONES, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | PHOENIX FINANCIAL SERVICES. LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | RANDOLPH SMITH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | NATIONSTAR MORTGAGE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SHIVERS GOSNAY & GREATREX LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | U.S. BANK TRUST, N.A. | 24 | $25,348.83 | $25,348.83 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 23 | STATE OF NEW JERSEY | 28 | $1,457.68 | $1,457.68 | $0.00 | $0.00 |
| 24 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | TOWNSHIP OF DEPTFORD | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | TOWNSHIP OF GLOUCESTER | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | AMERICAN INFOSOURCE, LP | 33 | $486.44 | $486.44 | $0.00 | $0.00 |
| 28 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | WELLS FARGO BANK, N.A. | 24 | $4,231.22 | $4,231.22 | $0.00 | $0.00 |
| 30 | WELLS FARGO BANK, N.A. | 24 | $985.92 | $985.92 | $0.00 | $0.00 |
| 31 | SELECT PORTFOLIO SERVICING, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | ELLEN M. MCDOWELL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | WELLS FARGO BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | WELLS FARGO BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | WELLS FARGO BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | WELLS FARGO BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | PHELAN, HALLINAN, DIAMOND & JONES, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | SETERUS, INC., AUTHORIZED SUBSERVICER FOR FE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | SPECIALIZED LOAN SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | SPECIALIZED LOAN SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | WELLS FARGO BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | WELLS FARGO BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 45 | BAY AREA CREDIT SERVICES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | CREDIT COLLECTION SERVICES, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | ENTERPRISE RECOVERY SYSTEMS, INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | LAW OFFICES OF ANDREW L. ROCHESTER, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | NCCI | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | PERFECT TOUCH LANDSCAPING AND IRRIGATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | ADVANCED ORTHOPEDIC CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | ADVOCARE GLOUCESTER COUNTY PEDIATRICS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | AKRON BILLING CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | AR RESOURCES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 55 | AXIS DIAGNOSTICS, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 56 | CITY OF PHILADELPHIA PIONEER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | CITY OF PHILADELPHIA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 58 | CITY OF PHILADELPHIA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 59 | CREDIT COLLECTION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 60 | I.C. SYSTEM, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 61 | INSPIRA MEDICAL CENTER WOODBURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 62 | INSPIRA MEDICAL CENTER WOODBURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 63 | INSPIRA MEDICAL CENTER WOODBURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 64 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 65 | KENNEDY UNIVERSITY HOSPITAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 66 | LAWN DOCTOR OF STRATFORD-TURNERSVILLE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 67 | MEDICAL DIAGNOSTIC LABORATORIES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 68 | MIRAMED REVENUE GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 69 | MIRAMED REVENUE GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 70 | NCO FINANCIAL SYSTEMS, INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 71 | NJ E-Z PASS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 72 | NJ E-Z PASS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 73 | PENN CREDIT CORP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 74 | PENN MEDICINE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 75 | PETER R KOUSOULIS, DMD, PC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 12/31/2020
ISABEL C. BALBOA [*ICB-99001-00*]

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**
For the period of 01/01/2020 to 12/31/2020
**Case Number: 18-20355 (JNP)**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 76 | PIONEER CREDIT RECOVERY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 77 | PUFF & COCKERILL, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 78 | RETRIEVAL MASTERS CREDITORS BUREAU | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 79 | RETRIEVAL MASTERS CREDITORS BUREAU | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 80 | TROLL BY MAIL NY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 81 | TRANSWORLD SYSTEMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 82 | NATIONSTAR MORTGAGE, LLC | 13 | $531.00 | $531.00 | $0.00 | $315.94 |
| 83 | U.S. BANK, N.A. | 13 | $531.00 | $531.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2018 | 29.00 | $0.00 |
| 11/01/2020 | Paid to Date | $60,018.06 |
| 12/01/2020 | 13.00 | $150.00 |
| 01/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $54,741.06 |
| Total paid to creditors this period: | $3,355.72 |
| Undistributed Funds on Hand: | $274.80 |
| Arrearages: | ($150.00) |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN
WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**