Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−20355−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bedina J. Williams
   dba BJ Houston Group
   2 Upson Circle
   Woodbury, NJ 08096

Social Security No.:
   xxx−xx−4749

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: Bedina J. Williams
       Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: January 5, 2022
JAN: dmb

                                                      Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-20355-JNP

Bedina J. Williams  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2

Date Rcvd: Jan 05, 2022     Form ID: ntcfncur     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bedina J. Williams, 2 Upson Circle, Woodbury, NJ 08096-6859 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2022 at the address(es) listed below:

**Name**      **Email Address**

Corinne Samler Brennan
     on behalf of Creditor Franklin Mint Federal Credit Union csamler@klehr.com swenitsky@klehr.com;nyackle@klehr.com

Craig Scott Keiser
     on behalf of Creditor SPECIALIZED LOAN SERVICING LLC craig.keiser@law.njoag.gov

Denise E. Carlon
     on behalf of Creditor Towd Point Mortgage Trust 2020-2  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
     on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Elizabeth L. Wassall
     on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Ellen M. McDowell

| | |
|---|---|
| | on behalf of Debtor Bedina J. Williams emcdowell@mcdowelllegal.com lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;r62202@notify.bestcase.com;mcdoweller62202@notify.bestcase.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jonathan C. Schwalb | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor BSI Financial Services bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor U.S. Bank Trust National Association as trustee of Ranch Series III Trust c/o Rushmore Loan Management Services bankruptcy@friedmanvartolo.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Pamela Elchert Thurmond | on behalf of Creditor City of Philadelphia Pamela.Thurmond@phila.gov edelyne.jean-baptiste@phila.gov |
| Phillip Andrew Raymond | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com |
| Robert P. Saltzman | on behalf of Creditor Seterus Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org |
| Robert P. Saltzman | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dnj@pbslaw.org |
| Thomas G. Egner | on behalf of Debtor Bedina J. Williams tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com |

TOTAL: 21