**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Bedina J. Williams** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4749 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–20355–JNP | |

# Order of Discharge                                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Bedina J. Williams
> dba BJ Houston Group

2/4/22                                                                                 **By the court:** Jerrold N. Poslusny Jr.
                                                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                                **Chapter 13 Discharge**                                page 2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-20355-JNP |
| Bedina J. Williams | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Feb 04, 2022 | Form ID: 3180W | Total Noticed: 95 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bedina J. Williams, 2 Upson Circle, Woodbury, NJ 08096-6859 |
| aty | + | Friedman Vartolo, LLP, 85 Broad St., #501, New York, NY 10004-1734 |
| aty | + | William M. E. Powers, III, Powers Kirn LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| cr | + | BSI Financial Services, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, Nj 08054-3437 |
| r | + | Sam Shepherd, Century 21 Absolute Realty, 512 W. Baltimore St., Springfield, PA 19064-3520 |
| cr | + | Seterus, Inc., authorized subservicer for Federal, P.O. Box 1047, Hartford, CT 06143-1047 |
| cr | + | U.S. Bank Trust National Association as trustee of, Friedman Vartolo, LLP, 1325 Franklin Ave., Ste 160, Garden City, NY 11530-1631 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| lm | + | US Bank Trust NA as Trustee of the Lodge Series II, 1425 Greenway Dr., #400, Irving, TX 75038-2480 |
| 517798323 | + | AR Resources Inc., 1777 Sentry Pkway W. Blue, Blue Bell, PA 19422-2206 |
| 517546089 | + | Absolute Landscaping Inc., 154 Pointers Auburn Rd., Pedricktown, NJ 08067-3020 |
| 517798320 | + | Advanced Orthopaedic Centers, PO Box 4337, Lancaster, PA 17604-4337 |
| 517798321 | + | Advocare Gloucester County Pediatrics, PO Box 3001, Voorhees, NJ 08043-0598 |
| 517798322 | | Akron Billing Center, 3585 Ridge Park Drive, Akron, OH 44333-8203 |
| 517546092 | + | Associa Mid-Atlantic, c/o Locust Grove CFA, 14000 Horizon Way, Suite 200, Mount Laurel, NJ 08054-4342 |
| 517798324 | + | Axis Diagnostics, Inc., 900 Town Center Drive, Suite H50, Langhorne, PA 19047-3208 |
| 517669575 | + | Bay Area Credit Service, POP Box 467600, Atlanta, GA 31146-7600 |
| 517798325 | | City of Philadelphia Pioneer, Lockbox #1687, PO Box 8500, Philadelphia, PA 19178-1687 |
| 517664720 | + | Enterprise Recovery Systems, Inc., 2000 York Road, Suite 114, Oak Brook, IL 60523-8863 |
| 517546095 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 517546096 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 517546099 | + | Ikea Muray, 2307 North Park Ave, 2nd Floor, Philadelphia, PA 19132-4512 |
| 517798331 | | Inspira Medical Center Woodbury, 503 N Broad Street, Woodbury, NJ 08096-1697 |
| 517798334 | | Jefferson Capital Systems, LLC, 12 McLeland Road, Saint Cloud, MN 56303 |
| 517546101 | + | Jeffrey & Aniza Criss, 26 Buirfield Court, Blackwood, NJ 08012-5440 |
| 517798335 | + | Kennedy University Hospital, 500 Marlboro Ave, Cherry Hill, NJ 08002-2054 |
| 517664721 | + | Law Offices of Andrew Rochester, LLC, 1874 Route 70 East Suite 4, Cherry Hill, NJ 08003-2038 |
| 517798336 | + | Lawn Doctor of Stratford-Turnersville, PO Box 417, Mullica Hill, NJ 08062-0417 |
| 517546102 | + | Links II at Valleybrook, Re/Max Connection - Turnersville, 5100 Route 42, Suites 3& 4, Blackwood, NJ 08012-1749 |
| 517798337 | | Medical Diagnostic Laboratories, LLC, 2439 Kuser Road, Trenton, NJ 08690-3303 |
| 517664722 | + | NCCI, 14 Orchard Road Suite 200, Lake Forest, CA 92630-8313 |
| 518298173 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O Box 619096, Dallas, TX 75261-9096 |
| 518298174 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O Box 619096 Dallas, TX 75261-9096 |
| 518188099 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Melissa Licker, McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830-3072 |

Case 18-20355-JNP    Doc 199    Filed 02/06/22    Entered 02/07/22 00:15:21    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Feb 04, 2022 | Form ID: 3180W | Total Noticed: 95 |

| | | |
|---|---|---|
| 518254026 | + | Nationstar Mortgage LLC., Rebecca A. Solarz, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517546103 | + | Nona L. Ostrove LLC, 1000 White Horse Rd., Suite 703, Voorhees, NJ 08043-4413 |
| 517798344 | | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 517798345 | | Peter T. Kousoulis, DMD, PC, All Smiles Dental Implant Center, 501 South Fourth Street, Philadelphia, PA 19147-1506 |
| 517546104 | + | Phelan Hallinan Diamond & Jones, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517798346 | + | Pioneer Credit Recovery, 26 Edward Street, Arcade, NY 14009-1012 |
| 517832839 | + | Puff & Cockerill LLC, 122 Delaware Street, P.O. Box 684, Woodbury, NJ 08096-7684 |
| 517798347 | + | Puff & Cockrill, LLC, 122 Delware Street, PO Box 684, Woodbury, NJ 08096-7684 |
| 517546106 | + | Randolph Smith, 2307 North Park Ave., st Floor, Philadelphia, PA 19132-4512 |
| 517663749 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, SETERUS, INC., P.O. BOX 1047, HARTFORD, CT 06143 |
| 517546108 | + | Shivers Gosnay & Greatrex LLC, 1415 Route 70 East, Suite 309, Cherry Hill, NJ 08034-2210 |
| 517610252 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517546109 | | Specialized Loan Servicing LLC, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129-2386 |
| 517798351 | | Tolls By Mail NY, PO Box 15183, Albany, NY 12212-5183 |
| 518874760 | + | Towd Point Mortgage Trust 2020-2, U.S. Bank Natio, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518874761 | + | Towd Point Mortgage Trust 2020-2, U.S. Bank Natio, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Towd Point Mortgage Trust 2020-2, U.S. B Serviced by Select Portfolio Servicing, |
| 517546112 | + | Township of Deptford, Attn: Tax Office, 1011 Cooper Street, Deptford, NJ 08096-3076 |
| 517546113 | | Township of Gloucester, Attn: Tax Office, 1261 Chews Landing Rd., Blackwood, NJ 08012 |
| 517546114 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 518134020 | + | U.S. Bank Trust National Association, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |
| 518134021 | + | U.S. Bank Trust National Association, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038, U.S. Bank Trust National Association c/o BSI Financial Services 75038-2480 |
| 519472134 | + | U.S. Bank Trust National Association, as trustee of Ranch Series III Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 519472135 | #+ | U.S. Bank Trust National Association, as trustee of Ranch Series III Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708 U.S. Bank Trust National Association 92619-5004 |
| 519164944 | + | U.S. Bank Trust National Association,, as Trustee Lodge Series III Trust, c/o BSI Financial Services, 1425 Greenway Dr. Suite 400, Irving, TX 75038-2480 |
| 519164945 | + | U.S. Bank Trust National Association,, as Trustee Lodge Series III Trust, c/o BSI Financial Services, 1425 Greenway Dr. Suite 400, Irving, TX 75038-2480 U.S. Bank Trust National Association, |
| 518856209 | + | U.S. Bank Trust National Association, as, Trustee of the SCIG Series III Trust, c/o BSI Financial Services, 1425 Greenway Drive, #400, Irving, TX 75038-2480 |
| 518856210 | + | U.S. Bank Trust National Association, as, Trustee of the SCIG Series III Trust, c/o BSI Financial Services, 1425 Greenway Drive, #400, Irving, TX 75038 U.S. Bank Trust National Association, as 75038-248 |
| 518142423 | + | US Bank Trust National Association, Michelle R. Ghidotti-Gonsalves, GHIDOTTI BERGER, LLP, 1920 Old Tustin Ave., Santa Ana, CA 92705-7811 |
| 517546115 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 517593202 | +++ | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 517546116 | + | Wells Fargo Home Mor, 1100 Corporate Center Dr, Raleigh, NC 27607-5066 |
| 517546117 | | Wells Fargo Home Mortgage, Attn: Bankruptcy, Mac X7801-014 3476 Stateview Blvd, Fort Mill, SC 29715 |

TOTAL: 68

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 04 2022 20:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2022 20:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: megan.harper@phila.gov | Feb 04 2022 20:23:00 | City of Philadelphia, c/o Pamela Elchert Thurmond, 1401 John F. Kennedy Blvd., Room 580, Municipal Services Building, Philadelphia, PA 19102 |
| 517546088 | + | EDI: AARGON.COM | Feb 05 2022 01:23:00 | Aargon Agency, Attn: Bankruptcy Department, 8668 Spring Mountain Rd, Las Vegas, NV 89117-4132 |
| 517546090 | + | Email/Text: broman@amhfcu.org | Feb 04 2022 20:23:00 | American Heritage Federal Credit Union, Attn: Bankruptcy Dept., 2060 Red Lion Road, |

| Recip ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Philadelphia, PA 19115-1699 |
| 517546091 | + Email/Text: bky@americanprofit.net | Feb 04 2022 20:23:00 | American Profit Recovery, Attn: Bankruptcy, 34505 W 12 Mile Road #333, Farmington Hills, MI 48331-3288 |
| 517546093 | + EDI: BANKAMER.COM | Feb 05 2022 01:23:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 517621403 | + Email/Text: megan.harper@phila.gov | Feb 04 2022 20:23:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 517798326 | + Email/Text: bankruptcy@philapark.org | Feb 04 2022 20:23:00 | City of Philaelphia, Parking Violations Branch, PO box 41819, Philadelphia, PA 19101-1819 |
| 517546094 | + Email/Text: megan.harper@phila.gov | Feb 04 2022 20:23:00 | City of Phladelphia, Municipal Services Building, 1401 JFK Blvd., Philadelphia, PA 19102-1617 |
| 517664719 | + EDI: CCS.COM | Feb 05 2022 01:23:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St., Norwood, MA 02062-2679 |
| 517546097 | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Feb 04 2022 20:22:00 | Franklin Mint Fcu Il, 5 Hillman Dr Ste 100, Chadds Ford, PA 19317 |
| 517546098 | + EDI: IIC9.COM | Feb 05 2022 01:23:00 | I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 517798330 | + EDI: IIC9.COM | Feb 05 2022 01:23:00 | IC System, Inc., 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 517546100 | + EDI: IRS.COM | Feb 05 2022 01:23:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517798338 | Email/Text: mmrgbk@miramedrg.com | Feb 04 2022 20:23:00 | MiraMed Revenue Group, LLC, 991 Oak Creek Drive, Lombard, IL 60148-6408 |
| 517798340 | Email/Text: bankruptcydepartment@tsico.com | Feb 04 2022 20:23:00 | NCO Financial Systems, Inc., 20 East Clementon Road #102 North, Gibbsboro, NJ 08026 |
| 517798341 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Feb 04 2022 20:22:00 | NJ E-ZPass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 517664723 | Email/Text: bankruptcy@ptlpro.com | Feb 04 2022 20:22:00 | Perfect Touch Landscping and Irrigation, PO Box 564, Thorofare, NJ 08086 |
| 517546105 | Email/Text: info@phoenixfinancialsvcs.com | Feb 04 2022 20:22:00 | Phoenix Financial Services. Llc, Po Box 361450, Indianapolis, IN 46236 |
| 517798348 | + EDI: RMCB.COM | Feb 05 2022 01:23:00 | Retrieval Masters Creditors Bureau, Inc, 4 Westchester Plaza Suite 110, Elmsford, NY 10523-1615 |
| 517546110 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 04 2022 20:22:00 | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 517547460 | + EDI: RMSC.COM | Feb 05 2022 01:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517546111 | + EDI: RMSC.COM | Feb 05 2022 01:23:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518014266 | + Email/Text: megan.harper@phila.gov | Feb 04 2022 20:23:28 | The City of Philadelphia, Pamela Elchert Thurmond, 1401 JFK Blvd., 5th Floor, Philadelphia, PA 19102-1617 |
| 517798352 | + Email/Text: bankruptcydepartment@tsico.com | Feb 04 2022 20:23:00 | Transworld Systems Inc, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 517655833 | + EDI: AIS.COM | Feb 05 2022 01:23:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK |

| | | | |
|---|---|---|---|
| District/off: 0312-1 | User: admin | | Page 4 of 5 |
| Date Rcvd: Feb 04, 2022 | Form ID: 3180W | | Total Noticed: 95 |

73118-7901

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Specialized Loan Servicing, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129-2386 |
| 517798327 | *+ | City of Philaelphia, Parking Violations Branch, PO box 41819, Philadelphia, PA 19101-1819 |
| 517798328 | *+ | Credit Collection Services, Attn: Bankruptcy, 725 Canton St., Norwood, MA 02062-2679 |
| 517798329 | *+ | I C System Inc, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 517798332 | * | Inspira Medical Center Woodbury, 503 N Broad Street, Woodbury, NJ 08096-1697 |
| 517798333 | * | Inspira Medical Center Woodbury, 503 N Broad Street, Woodbury, NJ 08096-1697 |
| 517798339 | * | MiraMed Revenue Group, LLC, 991 Oak Creek Drive, Lombard, IL 60148-6408 |
| 517798342 | *P++ | NJ EZPASS, ATTN NJ EZPASS/ MARISOL ALVARADO, 375 MCCARTER HIGHWAY, SUITE 200, NEWARK NJ 07114-2562, address filed with court:, NJ E-ZPass, Violations Processing Center, PO Box 4971, Trenton, NJ 08650-4971 |
| 517798349 | *+ | Retrieval Masters Creditors Bureau, Inc, 4 Westchester Plaza Suite 110, Elmsford, NY 10523-1615 |
| 517798350 | * | Specialized Loan Servicing LLC, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129-2386 |
| 517597206 | *P+++ | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 517798343 | ## | Penn Credit Corp., PO Box 988, Harrisburg, PA 17108-0988 |
| 517546107 | ##+ | Seterus, Inc., Attn: Bankruptcy, Po Box 1077, Hartford, CT 06143-1077 |

TOTAL: 0 Undeliverable, 11 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2022    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Corinne Samler Brennan | on behalf of Creditor Franklin Mint Federal Credit Union csamler@klehr.com  swenitsky@klehr.com;nyackle@klehr.com |
| Craig Scott Keiser | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC craig.keiser@law.njoag.gov |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Towd Point Mortgage Trust 2020-2  U.S. Bank National Association, as Indenture Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Ellen M. McDowell | on behalf of Debtor Bedina J. Williams emcdowell@mcdowelllegal.com lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;r62202@notify.bestcase.com;mcdoweller62202@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Feb 04, 2022 | Form ID: 3180W | Total Noticed: 95 |

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jonathan C. Schwalb
    on behalf of Creditor BSI Financial Services bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb
    on behalf of Creditor U.S. Bank Trust National Association as trustee of Ranch Series III Trust c/o Rushmore Loan Management Services bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb
    on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Lodge Series III Trust bankruptcy@friedmanvartolo.com

Melissa N. Licker
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com

Pamela Elchert Thurmond
    on behalf of Creditor City of Philadelphia Pamela.Thurmond@phila.gov edelyne.jean-baptiste@phila.gov

Phillip Andrew Raymond
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

Rebecca Ann Solarz
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com

Robert P. Saltzman
    on behalf of Creditor Seterus Inc., authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America dnj@pbslaw.org

Robert P. Saltzman
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dnj@pbslaw.org

Thomas G. Egner
    on behalf of Debtor Bedina J. Williams tegner@mcdowelllegal.com tcuccuini@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
    on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Wells Fargo Bank N.A. ecf@powerskirn.com

TOTAL: 21